**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:26-cr-02297-WQH |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| JAVIER GUTIERREZ-VELAQUEZ, | |
| Defendant. | |

**ORDER**

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Motion to Dismiss is granted (ECF No. 19), and the Information is dismissed without prejudice.

Dated:  July 6, 2026

_____
Hon. William Q. Hayes
United States District Court